**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 5:21-CV-00466-XR |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **COLE HAAN LLC,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Cole Haan LLC in the within action WITH PREJUDICE. Cole Haan LLC has not filed an answer or a motion for summary judgment.

Dated: October 21, 2021

Together with:

Andrew S. Curfman (*Pro hac vice forthcoming*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Respectfully submitted,

KIZZIA & JOHNSON, PLLC

*/s/ Jay Johnson*
Jay Johnson
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165
Email: jay@kjpllc.com

ATTORNEYS FOR PLAINTIFF

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 21, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Jay Johnson*
Jay Johnson
